Case 1:08-cv-09976-RJS   Document 15   Filed 07/30/2009   Page 1 of 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MICHAEL WEBB,

                         Plaintiff,

-against-

AMILI, INC. AND GREAT ATLANTIC AND
PACIFIC TEA COMPANY,

                         Defendants.
-----------------------------------------------------------X

08-CV-9976

Index No. 304778/08

**ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/09

Pursuant to the Stipulation of Discontinuance ~~executed by all parties, it is~~

ORDERED, that the plaintiff's Complaint is hereby dismissed, in its entirety, along with all cross-claims, with prejudice, as to the defendant, GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., and the Clerk of this Court is directed to enter judgment accordingly.

Richard J. Sullivan, Judge
United States District Court, SDNY

TO:   ROSENBAUM & ROSENBAUM, P.C.
         Attorneys for Plaintiffs
         110 Wall Street, 21st Fl.
         New York, New York 10005
         (212) 514-5007

         TRAUB, LIEBERMAN, STRAUS & SHEWSBERRY, LLP
         Attorneys for Defendant
         AMILI, INC.
         Mid-Westchester Executive Park
         Seven Skyline Drive
         Hawthorne, New York 10532

The Clerk of the Court is directed to terminate the motion located at Document No. 15. The Clerk is further directed to docket the attached stipulation of discontinuance.

7/30/09

BOEGGEMAN, GEORGE
& CORDE, P.C.
1 WATER STREET, SUITE 425
WHITE PLAINS, NEW YORK 10601

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL WEBB,

                              Plaintiff,

    -against-

AMILI, INC. AND GREAT ATLANTIC AND
PACIFIC TEA COMPANY,

                             Defendants.
------------------------------------------------------------X

STIPULATION OF
DISCONTINUANCE
AGAINST DEFENDANT,
THE GREAT ATLANTIC
AND PACIFIC TEA
COMPANY, INC., ONLY

No. 08 Civ. 09976 (RJS)

      IT IS HEREBY STIPULATED by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice as against defendant, THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., only, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: White Plains, New York
         March 23, 2009

JORDAN W. GROSSMAN, ESQ.
BOEGGEMAN, GEORGE & CORDE, P.C.
Attorneys for Defendant, THE GREAT
ATLANTIC & PACIFIC TEA COMPANY
1 Water Street
White Plains, New York 10601
(914) 761-2252

Timothy G. McNamara, Esq.
TRAUB, LIEBERMAN, STRAUS & SHEWSBERRY, LLP
Attorneys for Defendant
AMILI, INC.
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532

ROSENBAUM & ROSENBAUM, P.C.
Attorneys for Plaintiff
MICHAEL WEBB
110 Wall Street, 21st Fl.
New York, New York 10005
(212) 514-5007

BOEGGEMAN, GEORGE
& CORDE, P.C.
WATER STREET, SUITE 425
ITE PLAINS, NEW YORK 10601