UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/09
```

MICHAEL WEBB,

                Plaintiff,

-v-

AMILI, INC.

                Defendant.

No. 08 Civ. 9976 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    As stated by the Court at the conference held before it on August 26, 2009, the parties are ordered to adhere to the following briefing schedule:

> Defendant's motion for summary judgment, and accompanying memoranda shall be filed no later than September 25, 2009.
>
> Plaintiff's opposition shall be filed no later than October 9, 2009.
>
> Defendant's reply shall be filed no later than October 16, 2009.

The Parties shall abide by my Individual Practices regarding page limitations and the submission of courtesy copies to chambers.

SO ORDERED.

Dated:      August 26, 2009
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE